**Order entered April 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00258-CV

### IN RE R.P.D. JR., Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-23826**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID L. BRIDGES
        JUSTICE